IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-436-D
No. 5:21-CV-384-D

| | | |
|---|---|---|
| ALLEN WENDELL MCNEIL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **PROTECTIVE ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

This matter is before the Court on Petitioner's Motion for a Protective Order. For good cause shown, the Court hereby orders:

1.     The Parties shall not disclose any privileged documents and materials produced by Petitioner to Respondent or the contents of any privileged testimony, evidence, materials or privileged information produced by Petitioner or Petitioner's former counsel in this § 2255 proceeding to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies.

2.     The privileged documents, evidence, testimony, materials, and information supplied by Petitioner in this § 2255 proceeding shall be limited to use in this proceeding, and Respondent is prohibited from otherwise using the privileged documents, evidence, testimony, materials, or privileged information disclosed therein without further order of a court of competent jurisdiction or a written waiver by Petitioner.

3.     The attorney-client privilege, which attaches to communications between Petitioner and Petitioner's original counsel, shall not be deemed waived in any other Federal or State proceeding by virtue of Petitioner's disclosure in this § 2255 proceeding.

4.      The work product privilege, which attaches to documents prepared by Petitioner's original counsel in anticipation of litigation, shall not be deemed waived in any other Federal or State proceeding by virtue of Petitioner's disclosure in this § 2255 proceeding.

5.      This Order shall continue in effect after the conclusion of Petitioner's § 2255 proceedings before this Court and specifically shall apply in the event of a retrial of all or any portion of Petitioner's criminal case.

So ORDERED, this 15 day of May, 2026

JAMES C. DEVER III
United States District Judge

2